

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2020

No. 04-20-00218-CV

**IN THE INTEREST OF A.J.Z, A.I.Z, N.Z, AND E.I.Z., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00639
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

    This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. The reporter's record was due April 18, 2020, ten days after the notice of appeal was filed. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed. This court notified Elva Chapa that she is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. The reporter has responded to the notice by filing a request for an extension of time until May 6, 2020 to file the record.

    We grant the request and **order** Elva Chapa to file the reporter's record by **May 6, 2020**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored. Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2020.

MICHAEL A. CRUZ,
Clerk of Court